Submitted November 4, 2016, reversed January 25, 2017

In the Matter of R. N. J.,
a Person Alleged to have a Mental Illness.
## STATE OF OREGON,
*Respondent,*

*v.*

## R. N. J.,
*Appellant.*

Washington County Circuit Court
C160007MC; A161720

388 P3d 1235

Joseph DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Shannon T. Reel, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Egan, Judge, and Lagesen, Judge.

## PER CURIAM

In this civil commitment case, appellant appeals an order committing him to the custody of the Oregon Health Authority for a period not to exceed 180 days. ORS 426.130. He claims as error that there was insufficient evidence to support the trial court's determination that he was a person with a mental disorder. ORS 426.005(1)(f). Appellant citing *State v. Collman*, 9 Or App 476, 497 P2d 1233 (1972), also contends that the court erred when it stopped the recording of the commitment proceeding after it advised appellant of his rights, ORS 426.100, and the mental health examiner briefly questioned appellant about his understanding of what was occurring. The state concedes that, in those circumstances, the trial court erred when it stopped the recording. We agree, accept the state's concession, and, accordingly, reverse the commitment order.

Reversed.